Stephen J. Anthony, No. 016354
**KADISH & ANTHONY LAW GROUP**
4647 N. 32nd Street, Suite 135
Phoenix, Arizona 85018
Telephone:  (480) 967-2688
Fax:  (480) 967-2725
E-mail: sja@kalglaw.com
Attorneys for Defendant CrossCountry Mortgage, Inc.

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA GRAND RESORT, LLC, a Delaware limited liability company, ) ) | |
| Plaintiff, ) ) | Case No. _____ |
| vs. ) ) | |
| CROSSCOUNTRY MORTGAGE, INC., JOHN AND JANE DOES I-X, ABC CORPORATIONS I-X, DEF, LLCs I-X, a foreign corporation, ) ) ) ) ) | **NOTICE OF REMOVAL** |
| Defendants. ) ) ) | |

        Defendant CrossCountry Mortgage, Inc. ("CCN") hereby files this Notice of Removal in the above captioned matter, pursuant to 28 U.S.C. §§ 1332 and 1441, and LRCiv 3.7, Rules of Practice of the United States District Court for the District of Arizona, and state the following in support of this Notice of Removal:

        1.    This action was filed originally in Maricopa County Superior Court, Arizona, on or about July 26, 2017 entitled:  Arizona Grand Resort, L.L.C. v. Cross Country Mortgage, Inc., et al., Case No. CV 2017-011198 (hereinafter "State Court Action").

2.      In accordance with 28 U.S.C. §1446(a) and LRCiv. 3.7, a copy of all documents filed in the superior court from which this case is removed, is attached hereto as Exhibit A, accompanied by counsel's verification.

3.      On August 10, 2017, Defendant CCM, through its statutory agent CT Corporation System in Arizona, was served with the Complaint, brought by Plaintiff Arizona Grand Resort, LLC ("Arizona Grand") against CCM and other fictitious Defendants in the Superior Court, Maricopa County, Arizona, and a summons addressed to CCM.  WIN was also served with a Certificate on Compulsory Arbitration and Demand for Jury Trial along with the summons and Complaint.

4.      The first count of the Complaint is against all Defendants and is based on breach of contract. A second count is against all Defendants alleging unjust enrichment.

5.      In the State Court Action, Plaintiff Arizona Grand claims to be a Delaware limited liability company (Complaint ¶1). Defendant CCN is an Ohio corporation, with its principal place of business located in Ohio.

6.      Based upon the allegations contained in the Complaint and upon information and belief of the amount demanded by Plaintiff, Defendant CCM believes that the amount in controversy exceeds the jurisdictional requirement of $75,000 for removal of actions based on diversity.

7.      This Court has independent jurisdiction over this matter based upon diversity of citizenship, 28 U.S.C. §1332(a) and (c)(1). Therefore, this suit may be removed to this Court by this Defendant pursuant to the provisions of 28 U.S.C. §1441.

8.      This Notice is timely brought. Service was made on August 10, 2017. Therefore, pursuant to 28 U.S.C. §1446(b), and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 119 S.Ct. 1322, 143 L.Ed.2d 448 (1999), this Notice is being filed within thirty (30) days of receipt and service of copy of the initial pleading setting forth the Plaintiff's claims.

9.     Removal venue is appropriate for purposes of removal because the District of Arizona embraces that place where the State Court action is pending.

10.     Contemporaneous with the filing of this Notice, Defendant has provided to the adverse party to filing, and the Superior Court of Maricopa County, Arizona, written notice of this notice of removal.

DATED this 11th day of September, 2017.

KADISH & ANTHONY LAW GROUP


/s/  Stephen J. Anthony
Stephen J. Anthony, 016354
Attorneys for Defendant CrossCountry
Mortgage, Inc.

1

2

**CERTIFICATE OF SERVICE**

3

   I hereby certify that on September 11, 2017, I electronically transmitted this

4

document to the Clerk's Office using the CM/ECF System for filing and transmittal of

5

a Notice of Electronic Filing to the following CM/ECF Registrants, and to the extent

6

any party is not a CM/ECF Registrant at the time of filing this Notice of Removal, a

7

copy is mailed this date by U.S. Mail:

8

9

David L O'Daniel
Gordon & Rees LLP

10

111 W. Monroe Street, Suite 1600
Phoenix, AZ  85003

11

*Attorneys for Plaintiffs*

12

By s/ Stephen J. Anthony

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28