Skip To MainContent

Search

⚠ **WARNING:** Bogus Phone Calls, Emails May Lead to Fraud.    **Read More...**

Civil Court Case Information - Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2017-011198 | Judge: | Kiley, Daniel |
| File Date: | 7/26/2017 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Arizona Grand Resort L L C | Plaintiff | | David O'Daniel |
| Crosscountry Mortgage Inc | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 9/6/2017 | SUM - Summons | 9/8/2017 | |
| 8/15/2017 | AFS - Affidavit Of Service | 8/18/2017 | |
| **NOTE:** CROSSCOUNTRY MORTGAGE INC | | | |
| 7/26/2017 | COM - Complaint | 7/27/2017 | |
| 7/26/2017 | CCN - Cert Arbitration - Not Subject | 7/27/2017 | |
| 7/26/2017 | NJT - Not Demand For Jury Trials | 7/27/2017 | |
| 7/26/2017 | CSH - Coversheet | 7/27/2017 | |

## Case Calendar

There are no calendar events on file

## Judgments

There are no judgments on file

C. Byrd
08/10/2017 12:28

1  David L. O'Daniel (SBN: 006418)
   **GORDON & REES LLP**
2  111 W. Monroe Street, Suite 1600
   Phoenix, AZ 85003
3  Telephone: (602) 794-2460
   Facsimile: (602) 265-4716
4  dodaniel@gordonrees.com

5  Attorneys for Plaintiff
   Arizona Grand Resort, LLC

6

7              **SUPERIOR COURT OF ARIZONA**

8              **MARICOPA COUNTY** CV2017-011198

9  ARIZONA GRAND RESORT, LLC, a  ) CASE NO.
10 Delaware limited liability company )
                                      )
11            Plaintiff,               )      **SUMMONS**
                                      )
12     vs.                             )
                                      )
13 CROSSCOUNTRY MORTGAGE,              )
   INC., JOHN AND JANE DOES I-X,       )
14 ABC CORPORATIONS I-X, DEF,          )
   LLCs I-X, AND XYZ PARTNERSHIPS      )
15 I-X, a foreign corporation,         )
                                      )
16            Defendants.              )

17 _____

18 TO THE ABOVE NAMED DEFENDANT:

19
                                    CROSSCOUNTRY MORTGAGE, INC.,
20      c/o Statutory Agent:        CT Corporation System
                                    3800 N. Central Ave., Ste. 460
21                                  Phoenix, AZ 85012

22
   YOU ARE HEREBY SUMMONED and required to appear and defend in the above
23 entitled action in the above entitled court within TWENTY DAYS exclusive of the date
24 of service after service of this summons upon you if served within the State of Arizona,
   and within THIRTY DAYS exclusive of the day of service if served outside the State of
25 Arizona, whether by direct service, by registered or certified mail, or by publication.
   Where process is served upon the Arizona Director of Insurance as an insurer's attorney
26 to receive service of legal process against it in this state, the insurer shall not be required
27 to appear, answer or plead until expiration of 40 days after date of such service upon the
   director. Service by registered or certified mail without the State of Arizona is complete
28 30 days after the date of filing the receipt and affidavit of service with the Court. Service

-1-

by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt on Officer's Return.

YOU ARE HEREBY notified that in case you fail to do so respond judgment by default will be rendered against you for the relief demanded in the complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney.

### ADA Notification

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

The name and address of the attorney for Plaintiff is:

David L. O'Daniel
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2460

Given under my hand and the seal of the Superior Court of the State of Arizona in and for said County on this date: _____

Michael Jeanes
Clerk of the Court

JUL 2 6 2017

By _____
Deputy Clerk



| Attorney or Party without Attorney: GORDON & REES<br>DAVID O'DANIEL (#006418)<br>111 WEST MONROE STREET SUITE 1600<br>PHOENIX, AZ 85003<br>Telephone No: (602) 794-2460 | | | | For Court Use Only<br>MICHAEL K. JEANES, CLERK<br>RECEIVED CCB<br>DOCUMENT DEPOSITORY<br>17 AUG 15 PM 12: 22<br>FILED BY C. FISHER |
|---|---|---|---|---|
| Attorney For: Plaintiff | | Ref. No. or File No.: 7003082 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>MARICOPA COUNTY SUPERIOR COURT | | | | |
| Plaintiff: ARIZONA GRAND RESORT, LLC A DELAWARE LIMITED LIABILITY COMPANY,<br>Defendant: CROSSCOUNTRY MORTGAGE, INC., JOHN AND JANE DOES I-X, ET AL | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV2017-011198 |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL;

3. a. Party served: CROSSCOUNTRY MORTGAGE, INC.,
   b. Person served: JACQUELYNN O'CAMPO,CSR FOR CT CORPORATION SYSTEM AS STATUTORY AGENT

4. Address where the party was served: 3800 N CENTRAL AVE STE 460, PHOENIX, AZ 85014

5. I served the party:
   a. by substituted service. On: Thu, Aug 10 2017 at: 12:28 PM by leaving the copies with or in the presence of:
   JACQUELYNN O'CAMPO,CSR FOR CT CORPORATION SYSTEM AS STATUTORY AGENT.

   (a) (CT CORP) Person of suitable age and discretion. Informed him or her of the general nature of the papers.

Service: $69.00, Mileage: $24.00, Notary: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $103.00

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Christine Boyd MC-8476;
   b. First Legal Support Services
      3737 North 7th. Street Suite 125
      PHOENIX, AZ 85014
   c. (602) 248-9700

   08/15/2017 _____
   (Date)        (Signature)

7. STATE OF ARIZONA, COUNTY OF Maricopa
   Subscribed and sworn to (or affirmed) before on this 15 day of August, 2017 by Christine Boyd (MC-8476)
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.



OFFICIAL SEAL
TRICIA DESPAIN
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 8, 2019

AFFIDAVIT OF SERVICE

_____
(Notary Signature)

1592868 (583930)

FL
FIRSTLEGAL

**COPY**

JUL 26 2017

MICHAEL K. JEANES, CLERK
L. RIVAS
DEPUTY CLERK

David L. O'Daniel (SBN: 006418)
GORDON & REES LLP
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
dodaniel@gordonrees.com

Attorneys for Plaintiff
Arizona Grand Resort, LLC

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

CV 2017-011198

| | |
|---|---|
| ARIZONA GRAND RESORT, LLC, a Delaware limited liability company | CASE NO. |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| CROSSCOUNTRY MORTGAGE, INC., JOHN AND JANE DOES I-X, ABC CORPORATIONS I-X, DEF, LLCs I-X, AND XYZ PARTNERSHIPS I-X, a foreign corporation, | |
| Defendants. | |

Plaintiff Arizona Grand Resort, LLC, doing business as Arizona Grand Resort & Spa ("Arizona Grand"), for its claims against the Defendants CrossCountry Mortgage, Inc., John and Jane Does I-X, ABC Corporations I-X, DEF L.L.C.s I-X, and XYZ Partnerships I-X, alleges the following:

### PARTIES

1. Arizona Grand is a Delaware limited liability company authorized to do business in Arizona and is doing business in Maricopa County as the Arizona Grand Resort & Spa.

2. Defendant CrossCountry Mortgage, Inc. is believed to be an Ohio corporation.

-1-

3. John Does I-X, Jane Does I-X, ABC Corporations I-X, DEF, L.L.C.s I-X, and/or XYZ Partnerships I-X are fictitiously designated employees, agents and/or independent contractors of CrossCountry Mortgage, Inc. and are alleged to have acted within the scope of their employment and/or agency and/or in concert with CrossCountry Mortgage, Inc. These Defendants may have caused or contributed to the events alleged in this Complaint and/or may be liable to Arizona Grand. Defendants John and Jane Does were at all times acting on behalf of and in furtherance of their respective marital communities.

## JURISDICTION AND VENUE

4. CrossCountry Mortgage, Inc. has caused events to occur in Maricopa County, Arizona, out of which the claims of Arizona Grand arise.

5. In the Agreement between Arizona Grand and CrossCountry Mortgage, Inc., which is the basis of this litigation, CrossCountry Mortgage, Inc. agreed that the venue of any action arising under the Agreement would be Maricopa County, Arizona. The Agreement is governed by and construed in accordance with the laws of the State of Arizona. Venue, personal jurisdiction and subject matter jurisdiction are proper in this Court.

## CLAIM FOR RELIEF ONE
### (Breach of Contract)

6. Arizona Grand incorporates the allegations contained in paragraphs 1-5 by this reference.

7. On or about August 15, 2016, CrossCountry Mortgage, Inc., through its authorized employee/agent, executed a written Agreement with Arizona Grand for accommodations, rooms, food and beverage minimums, various services and other items for an event CrossCountry planned to hold at the Arizona Grand Resort & Spa.

8. On November 11, 2016, Arizona Grand and CrossCountry Mortgage, Inc. entered an Addendum to the Agreement (the Agreement and Addendum are collectively referred to as the "Agreement"). True and complete copies of the Agreement and

Addendum are attached as Exhibit A and are incorporated by this reference.

9.  On February 5, 2017, CrossCountry Mortgage, Inc., through its authorized employee/agent, committed to and confirmed 360 people would attend and utilize the accommodations, services and food and beverages.

10. Pursuant to the Agreement, Arizona Grand reserved the required accommodations and rooms for CrossCountry Mortgage, Inc. and/or its guests during the required time in February, 2017. CrossCountry Mortgage, Inc. committed to pay for all accommodations, rooms, facilities, food and beverage and services according to the rates established in the Agreement and by any subsequent modifications and confirmations.

11. After a successful event, Arizona Grand invoiced CrossCountry Mortgage, Inc. After agreeing to some adjustments to the amount, CrossCountry owed the amount of $798.757.83, net.

12. CrossCountry Mortgage, Inc. benefited from the accommodations, services, and food and beverages provided in February, 2017, as described above.

13. Arizona Grand fully performed all its obligations pursuant to the Agreement. CrossCountry Mortgage, Inc., failed to pay the amount due and owing as required by the Agreement, despite demands for payment.

14. On June 21, 2017, Arizona Grand made a final demand that payment in the amount of $798,757.83 be received by July 7, 2017. This amount is a liquidated, certain amount.

15. CrossCountry Mortgage, Inc. failed and refused to pay Arizona Grand the amount demanded by and owed to Arizona Grand under the terms of the Agreement.

16. The Agreement provides under its "General Provisions" that "In any legal proceeding of any nature involving the ... enforcement of any of the terms of this Agreement, the prevailing party shall be entitled to an award of its attorneys' fees and all litigation expenses, charges and costs incurred in connection with the proceeding."

17. Arizona Grand is entitled to an award of its attorneys' fees and all costs in

this case. In the event of a default, Arizona Grand will seek attorneys' fees in the amount of $ 7,500.00 and such amount is reasonable.

18. Due to CrossCountry Mortgage, Inc.'s refusal to pay the liquidated amount due and owing to Arizona Grand, Arizona Grand had to retain counsel and file this Complaint to collect the liquidated amount owed to it by CrossCountry Mortgage, Inc.

WHEREFORE, Arizona Grand Resort, LLC, requests that judgment be entered in its favor and against CrossCountry Mortgage, Inc., an Ohio corporation, for the following:

A. For the amount of $798,757.83 as liquidated damages;

B. For prejudgment interest on the liquidated amount of $798,757.83 from the date due until the date of the Judgment and then post-Judgment interest on the total amount of the Judgment until paid in full at the statutory rate provided by A.R.S. § 44-1201;

C. For all expenses and costs incurred and to be incurred by Arizona Grand pursuant to the terms of the Agreement and/or A.R.S. §12-341;

D. For attorneys' fees incurred and to be incurred by Arizona Grand pursuant to the terms of the Agreement and in the event of a default, attorneys' fees in the amount of $7,500;

E. For interest on the attorneys' fees and costs at the statutory rate provided in A.R.S. § 44-1201 from the date of the Judgment until paid in full; and

F. For such other relief as may be appropriate.

## ALTERNATIVE CLAIM FOR RELIEF TWO
### (Unjust Enrichment)

19. Arizona Grand incorporates the allegations contained in paragraphs 1-18 by this reference.

20. In the alternative, if a determination is made that no contract existed, CrossCountry Mortgage, Inc. has been unjustly enriched by, among other things, retaining monies due and owing to Arizona Grand and obtaining accommodations,

-4-

rooms, services and food and beverages without paying for those valuable items and services.

21. Arizona Grand has been impoverished by CrossCountry Mortgage Inc.'s refusal to pay for accommodations, rooms, services, and food and beverages, all of which were provided at substantial expense and costs to Arizona Grand.

22. No justification exists for CrossCountry Mortgage, Inc., failing to pay for the accommodations, rooms, services and food and beverages and all other items and services provided to CrossCountry Mortgage, Inc., and its guests.

23. Arizona Grand has been damaged by the unjust enrichment to CrossCountry Mortgage, Inc., and is entitled to damages for the unjust enrichment in an amount to be established at trial, but not less than $798,757.83.

24. If judgment is rendered by default, Arizona Grand alleges that it will seek $7,500.00 for its attorneys' fees.

WHEREFORE, Arizona Grand Resort, LLC, requests that judgment be entered in its favor and against CrossCountry Mortgage, Inc., an Ohio corporation, for the following:

A. For its damages to be determined at trial, but not less than $798,757.83 for its liquidated damages;

B. For prejudgment interest on the liquidated amount of damages from the date obtained until the date of the Judgment and then post-Judgment interest on the total amount of the Judgment until paid in full at the statutory rate provided by A.R.S. § 44-1201;

C. For all costs incurred and to be incurred by Arizona Grand pursuant to A.R.S. §12-341;

D. For such other relief as may be appropriate.

///
///

Dated this 26th day of July, 2017.

GORDON & REES LLP

By: /s/ David L. O'Daniel
David L. O'Daniel
111 W. Monroe Street, Suite 1600
Phoenix, Arizona 85003
Attorneys for Plaintiff
Arizona Grand Resort, LLC

**COPY**

JUL 2 6 2017
MICHAEL K. JEANES, CLERK
L. RIVAS
DEPUTY CLERK

David L. O'Daniel (SBN: 006418)
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
dodaniel@gordonrees.com

Attorneys for Plaintiff
Arizona Grand Resort, LLC

# SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

| | |
|---|---|
| ARIZONA GRAND RESORT, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> CROSSCOUNTRY MORTGAGE, INC., JOHN AND JANE DOES I-X, ABC CORPORATIONS I-X, DEF, LLCs I-X, AND XYZ PARTNERSHIPS I-X, a foreign corporation, <br><br> Defendants. | CASE NO. **CV 2017-011198** <br><br> **CERTIFICATE OF COMPULSORY ARBITRATION** |

The undersigned certifies that the largest award sought by Plaintiff, including punitive damages, but excluding interest, attorneys' fees and costs exceeds the limits set by Local Rule for compulsory arbitration. Therefore, pursuant to Rule 72(b), Ariz.R.Civ.P., this matter **is not** subject to the Arizona Rules of Civil Procedure for Compulsory Arbitration.

Dated this 26th day of July, 2017.

GORDON & REES LLP

By: _____
David L. O'Daniel
111 W. Monroe Street, Suite 1600
Phoenix, Arizona 85003
Attorneys for Plaintiff
Arizona Grand Resort, LLC

-1-

David L. O'Daniel (SBN: 006418)
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
dodaniel@gordonrees.com

Attorneys for Plaintiff
Arizona Grand Resort, LLC

COPY

JUL 2 6 2017

MICHAEL K. JEANES, CLERK
L. RIVAS
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

ARIZONA GRAND RESORT, LLC, a Delaware limited liability company

Plaintiff,

vs.

CROSSCOUNTRY MORTGAGE, INC., JOHN AND JANE DOES I-X, ABC CORPORATIONS I-X, DEF, LLCs I-X, AND XYZ PARTNERSHIPS I-X, a foreign corporation,

Defendants.

CASE NO. CV 2017-011198

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b), Ariz.R.Civ.P., Plaintiff demands that all issues triable by right be tried to a properly impaneled jury.

Dated this 26th day of July, 2017.

GORDON & REES LLP

By: _____
David L. O'Daniel
111 W. Monroe Street, Suite 1600
Phoenix, Arizona 85003
Attorneys for Plaintiff
Arizona Grand Resort, LLC

-1-